Pam Bassel
Chapter 13 Standing Trustee
6100 Western Place, Ste 1050
Ft. Worth, TX 76107
Telephone: (817) 916-4710
Facsimile: (817) 916-4770

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| In Re: | Case No: 10-47335-RFN |
| PAMELA DARCI THWEATT | |
| Debtor | |

**NOTICE OF FILING OF FINAL REPORT AND ACCOUNT BY TRUSTEE**

Notice is hereby given pursuant to 11 U.S.C. § 350 and Bankruptcy Rule 5009 that Pam Bassel, Chapter 13 Trustee, has filed a Final Report and Account in the above styled and numbered case certifying that the estate has been fully administered.  The Final Report and Account is on file with the CLERK OF THE BANKRUPTCY COURT, 128 U.S. Courthouse, 10th and Lamar Street, Fort Worth, Texas  76102-3643 and is available for review.  A summary of the report is as follows:

Total Receipts

| | |
|---|---:|
| Administrative Disbursements  * | $2,958.47 |
| Debtor Refund Disbursements | $28.96 |
| Secured Disbursements | $0.00 |
| Priority Disbursements | $0.00 |
| Unsecured Disbursements | $6,596.53 |

* Includes Attorney Fees, Notice Fees, Trustee Fees and Clerk's Fees

| | |
|---|---:|
| Total Disbursements | $9,583.96 |

Notice is further given that unless an objection is filed by the United States Trustee or a party in interest within 30 days of service of this notice, the Court may declare that the bankruptcy estate has been fully administered, and that the Trustee should be discharged and further liability on said Trustee's bond with respect to this case can be terminated.

/s/ Pam Bassel
Standing Chapter 13 Trustee